REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-
OCT 28 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:26CR-115 |
| | ) | Violations: 18 U.S.C. § 922(g)(1) |
| CHANCE L. WOOD | ) | 18 U.S.C. § 933(a)(1) |

**THE GRAND JURY CHARGES:**

COUNT 1

On or about September 28, 2026, in the Northern District of Indiana,

CHANCE L. WOOD,

defendant herein, knowing he had been convicted in a Court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 18, 2020, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-1905-F5-153, for Intimidation, a level 5 felony; and,
>
> On or about February 20, 2025, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-2307-F5-000286, for Unlawful Carrying of a Handgun-prior felony conviction w/in last 15 years, a level 5 felony;
>
> On or about February 20, 2025, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-2410-F6-001629, for Possession of Cocaine, a level 6 felony;

did knowingly possess any firearm and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 2

On or about September 28, 2026, in the Northern District of Indiana,

CHANCE L. WOOD,

defendant herein, did transfer and otherwise dispose of a firearm to an individual, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the individual would constitute a felony (as defined in section 932(a)), and did attempt and conspire to do so,

All in violation of 18 U.S.C. § 933(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 3

On or about October 1, 2026, in the Northern District of Indiana,

CHANCE L. WOOD,

defendant herein, knowing he had been convicted in a Court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 18, 2020, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-1905-F5-153, for Intimidation, a level 5 felony; and,
>
> On or about February 20, 2025, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-2307-F5-000286, for Unlawful Carrying of a Handgun-prior felony conviction w/in last 15 years, a level 5 felony;
>
> On or about February 20, 2025, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-2410-F6-001629, for Possession of Cocaine, a level 6 felony;

did knowingly possess any firearm and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 4

On or about October 1, 2026, in the Northern District of Indiana,

CHANCE L. WOOD,

defendant herein, did transfer and otherwise dispose of a firearm to an individual, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the individual would constitute a felony (as defined in section 932(a)), and did attempt and conspire to do so,

All in violation of 18 U.S.C. § 933(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 5

On or about October 13, 2026, in the Northern District of Indiana,

CHANCE L. WOOD,

defendant herein, knowing he had been convicted in a Court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 18, 2020, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-1905-F5-153, for Intimidation, a level 5 felony; and,
>
> On or about February 20, 2025, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-2307-F5-000286, for Unlawful Carrying of a Handgun-prior felony conviction w/in last 15 years, a level 5 felony;
>
> On or about February 20, 2025, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-2410-F6-001629, for Possession of Cocaine, a level 6 felony;

did knowingly possess any firearm and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 6

On or about October 13, 2026, in the Northern District of Indiana,

CHANCE L. WOOD,

defendant herein, did transfer and otherwise dispose of a firearm to an individual, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the individual would constitute a felony (as defined in section 932(a)), and did attempt and conspire to do so,

All in violation of 18 U.S.C. § 933(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 7

On or about October 22, 2026, in the Northern District of Indiana,

CHANCE L. WOOD,

defendant herein, knowing he had been convicted in a Court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 18, 2020, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-1905-F5-153, for Intimidation, a level 5 felony; and,
>
> On or about February 20, 2025, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-2307-F5-000286, for Unlawful Carrying of a Handgun-prior felony conviction w/in last 15 years, a level 5 felony;
>
> On or about February 20, 2025, Chance L. Wood, was sentenced on his conviction in the Allen Superior Court, State of Indiana, cause number 02D06-2410-F6-001629, for Possession of Cocaine, a level 6 felony;

did knowingly possess any firearm and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 8

On or about October 22, 2026, in the Northern District of Indiana,

CHANCE L. WOOD,

defendant herein, did transfer and otherwise dispose of a firearm to an individual, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the individual would constitute a felony (as defined in section 932(a)), and did attempt and conspire to do so,

All in violation of 18 U.S.C. § 933(a)(1).

A TRUE BILL

*/s/ Foreperson*
Foreperson

ADAM L. MILDRED
UNITED STATES ATTORNEY

*/s/ Stacey R. Speith*
By: Stacey R. Speith
Assistant United States Attorney